# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEO SWITZER,
                                        Appellant,

vs.

PATRICK KELLER,
                                        Respondent.

No. 77394

FILED

MAY 1 1 2019

ELIZA... ...OWN
CLERK ... COURT
BY ...
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. However, the stipulation is not signed by counsel of record for respondent. Accordingly, this court elects to treat the stipulation as a motion to voluntarily dismiss this appeal. Cause appearing, the motion is granted, and this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:     Hon. Adriana Escobar, District Judge
        Persi Mishel, Settlement Judge
        Law Offices of Janet S. Markley
        Purdy & Anderson
        Christensen Law Offices, LLC
        Eighth District Court Clerk

---

[1]Given this dismissal, the motion filed on May 3, 2019, is denied as moot.

19-20523